

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00191-CR

| | | |
|---|---|---|
| HERNAN VELAZQUEZ-MAZARIEGOS, Appellant | § | On Appeal from |
| | § | County Criminal Court No. 5 |
| | § | of Denton County (CR-2017-03236-E) |
| V. | § | August 22, 2019 |
| | § | Opinion by Justice Gabriel |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of prosecution.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
Justice Lee Gabriel